# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| **Heloisa Jager,** § § § Plaintiff, § § **v.** § § **Hunter Warfield, Inc.,** § § Defendant. § § | **Civil Action No. 4:18-cv-01397** |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41(a) within sixty (60) days.

Dated: October 24, 2018        BY: */s/ Amy L. Bennecoff Ginsburg*
                               Amy L. Bennecoff Ginsburg, Esquire
                               Kimmel & Silverman, P.C.
                               30 E. Butler Avenue
                               Ambler, PA 19002
                               Phone: (215) 540-8888
                               Facsimile: (877) 788-2864
                               Email: aginsburg@creditlaw.com
                               Attorney for the Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2018, a true and correct copy of the foregoing pleading was served via ECF to the below:

Lee Rigby, Esq.
Smith Robertson
221 West Sixth Street
Suite 1100
Austin TX 78701

Dated: October 24, 2018					BY: */s/ Amy L. Bennecoff Ginsburg*
								Amy L. Bennecoff Ginsburg Esquire
								Kimmel & Silverman, P.C.
								30 E. Butler Avenue
								Ambler, PA 19002
								Phone: (215) 540-8888
								Facsimile: (877) 788-2864
								Email: aginsburg@creditlaw.com
								Attorney for the Plaintiff